IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LARA,              )<br>            Plaintiff,   )<br>   vs.                       )<br>                             )<br>DR. POSNER, et al.,          )<br>            Defendants.   )<br>_____ ) | No. C 02-05429 JW (PR)<br><br>ORDER DIRECTING CLERK TO<br>REISSUE SUMMONS TO<br>DEFENDANT HAFFNER |

Plaintiff, a California inmate proceeding pro se, filed this civil rights complaint under 42 U.S.C. § 1983, alleging deliberate indifference to his serious medical needs by Salinas Valley State Prison ("SVSP") employees. In accordance with the Court order filed October 19, 2009, (Docket No. 62), plaintiff filed location information for Defendant Dr. Haffner current address. (Docket No. 65.) Based on this information, the Court will order the clerk to reissue summons to defendant Haffner at the two addresses provided by plaintiff.

**CONCLUSION**

It is hereby ordered as follows:

1.  The clerk shall re-issue a summons and the United States Marshal

Order Directing Clerk to Reissue Summons
P:\PRO-SE\SJ.JW\CR.02\Lara05429_reissue summons.3.wpd

1  shall serve, without prepayment of fees, a copy of the amended complaint in this

2  matter (Docket No. 12), all attachments thereto, a copy of the Court's order filed

3  November 9, 2006, (Docket No. 17), and a copy of this order to defendant Haffner at

4  the addresses provided by plaintiff. (Docket No. 65.)

5      2.  In order to expedite the resolution of this case;

6          a.  Defendant shall, within **sixty (60) days** from the date he is

7  served with the amended complaint, file a motion for summary judgment or other

8  dispositive motion, or shall notify the Court that he is of the opinion that this case

9  cannot be resolved by such a motion. The motion shall be supported by adequate

10  factual documentation and shall conform in all respects to Federal Rule of Civil

11  Procedure 56.

12  Defendant is advised that summary judgment cannot be granted, nor qualified

13  immunity found, if material facts are in dispute. If defendant is of the opinion that

14  this case cannot be resolved by summary judgment, he shall so inform the Court

15  prior to the date the summary judgment motion is due.

16  All papers filed with the Court shall be served promptly on plaintiff.

17          b.  Plaintiff's opposition to the dispositive motion shall be filed with

18  the Court and served on defendant's counsel not later than **thirty (30) days** from the

19  date defendant's motion is filed. The Ninth Circuit has held that the following

20  notice should be given to pro se plaintiffs:

21      The defendants have made a motion for summary judgment by which
they seek to have your case dismissed. A motion for summary
22      judgment under Rule 56 of the Federal Rules of Civil Procedure will,
if granted, end your case.

23

24      Rule 56 tells you what you must do in order to oppose a motion for
summary judgment. Generally, summary judgment must be granted
when there is no genuine issue of material fact--that is, if there is no
25      real dispute about any fact that would affect the result of your case, the
party who asked for summary judgment is entitled to judgment as a
26      matter of law, which will end your case. When a party you are suing
makes a motion for summary judgment that is properly supported by
27      declarations (or other sworn testimony), you cannot simply rely on
what your complaint says. Instead, you must set out specific facts in
28      declarations, depositions, answers to interrogatories, or authenticated

United States District Court
For the Northern District of California

>    documents, as provided in Rule 56(e), that contradict the facts shown in the defendant's declarations and documents and show that there is a genuine issue of material fact for trial.  If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you.  If summary judgment is granted in favor of defendants, your case will be dismissed and there will be no trial.

See Rand v. Rowland, 154 F.3d 952, 963 (9th Cir. 1998) (en banc).

Plaintiff is advised to read Rule 56 of the Federal Rules of Civil Procedure and Celotex Corp. v. Catrett, 477 U.S. 317, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986) (holding party opposing summary judgment must come forward with evidence showing triable issues of material fact on every essential element of his claim). Plaintiff is cautioned that failure to file an opposition to defendants' motion for summary judgment may be deemed to be a consent by plaintiff to the granting of the motion, and granting of judgment against plaintiff without a trial.  See Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (per curiam); Brydges v. Lewis, 18 F.3d 651, 653 (9th Cir. 1994).

      c.   Defendant may file a reply brief no later than **fifteen (15) days** after plaintiff's opposition is filed.

      d.   The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

3.   Discovery may be taken in accordance with the Federal Rules of Civil Procedure.  No further Court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16-1 is required before the parties may conduct discovery.

4.   All communications by plaintiff with the Court must be served on defendant's counsel once counsel has been designated, by mailing a true copy of the document to defendant's counsel.

DATED:  December 11, 2009

JAMES WARE  
United States District Judge

Order Directing Clerk to Reissue Summons  
P:\PRO-SE\SJ.JW\CR.02\Lara05429_reissue summons.3.wpd    3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LARA,<br><br>            Plaintiff,<br><br>   v.<br><br>DR. POSNER, et al.,<br><br>            Defendants.         / | Case Number: CV02-05429 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   12/18/2009  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Lara K-26793
Calipatria State Prison
P. O. Box 5006
Calipatria, Ca 92233


Dated:   12/18/2009

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk