IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LARA,<br><br>    Plaintiff,<br><br>  vs.<br><br>DR. POSNER, et al.,<br><br>    Defendants. | No. C 02-05429 JW (PR)<br><br>ORDER DISMISSING ACTION AGAINST UNSERVED DEFENDANT HAFFNER UNDER RULE 4(m); DIRECTING CORCORAN STATE PRISON OFFICIALS TO FILE NOTICE REGARDING STATUS OF SUMMONS ON DEFENDANT POSNER |

Plaintiff, a California inmate proceeding pro se, filed this civil rights complaint under 42 U.S.C. § 1983, alleging deliberate indifference to his serious medical needs by Salinas Valley State Prison ("SVSP") employees. On July 8, 2010, the Court granted the Attorney General's motion on behalf of defendant Dr. Haffner to quash the service of process on this defendant. (See Docket No. 79.) Plaintiff was directed to provide a current location for defendant Haffner within twenty days of the order. (Id.) Plaintiff was thereafter granted an extension of time do so, such that Plaintiff's notice of defendant Haffner's current address was due no later than August 27, 2010. (See Docket No. 81.) Plaintiff was advised that failure to do so may result in the dismissal of the complaint against these defendants under Rule 4(m) of the Federal Rules of Civil Procedure. The deadline has since passed

Order Dismissing Action Against Unserved Def.
P:\PRO-SE\SJ.JW\CR.02\Lara05429_4m.dism-Haffner.wpd

and plaintiff has failed to comply.

Accordingly, the action is DISMISSED without prejudice as to unserved defendant Dr. Haffner pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The clerk shall terminate defendant Haffner from this action.

On March 26, 2010, the Court directed the clerk to reissue summons as to defendant Dr. Posner at Corcoran State Prison. (See Docket No. 76.) The clerk did so on March 31, 2010. (See Docket No. 78.) Several months have passed, and there has been no response by Dr. Posner or prison officials to the summons. The Litigation Coordinator at Corcoran State Prison ("CSP") is hereby ordered to file notice **within thirty (30) days** from the date this order is filed, stating the status of defendant Dr. Posner's current employment status at CSP and whether defendant received notice of and/or received the summons issued on March 31, 2010.

The clerk shall send a courtesy copy of this order to the Attorney General's office.

DATED: September 21, 2010

JAMES WARE
United States District Judge

Order Dismissing Action Against Unserved Def.
P:\PRO-SE\SJ.JW\CR.02\Lara05429_4m.dism-Haffner.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS LARA,

        Plaintiff,

  v.

DR. POSNER,

        Defendant.

Case Number: CV02-05429 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/22/2010 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Lara
1676 Spooner Dr.
San Luis Obispo, CA 93405

Dated:  9/22/2010

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk