United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
11  JOSE LUIS LARA,                          )   No. C 02-05429 JW (PR)
                                             )
12            Plaintiff,                      )   ORDER DIRECTING ATTORNEY
                                             )   GENERAL'S OFFICE TO FILE
13    vs.                                     )   NOTICE REGARDING STATUS OF
                                             )   SUMMONS ON DEFENDANT
14                                            )   POSNER
                                             )
15  DR. POSNER,                               )
                                             )
16            Defendant.                      )
                                             )
17  _____      )

18          Plaintiff, a California inmate proceeding pro se, filed this civil rights complaint

19  under 42 U.S.C. § 1983, alleging deliberate indifference to his serious medical needs by

20  Salinas Valley State Prison ("SVSP") employees.  Only Defendant Dr. Posner remains

21  in this action.

22          On March 26, 2010, the Court directed the clerk to reissue summons as to

23  defendant Dr. Posner at Corcoran State Prison ("CSP").  (See Docket No. 76.)  The

24  clerk did so on March 31, 2010.  (See Docket No. 78.)  Several months passed with no

25  response by Dr. Posner or prison officials to the summons.  In the last Court order filed

26  September 22, 2010, the Litigation Coordinator at CSP was ordered to file notice within

27  thirty days from the date the order was filed, stating the status of defendant Dr. Posner's

28  current employment status at CSP and whether defendant received notice of and/or

Order Directing Attorney General to File Response
P:\PRO-SE\SJ.JW\CR.02\Lara05429_re-Posner.wpd

1 received the summons issued on March 31, 2010.  (Docket No. 82.)  The clerk sent a

2 courtesy copy of the order to the Attorney General's office.  To date there has been no

3 response from the prison to the Court's order.

4        The Court hereby orders the Attorney General to file notice regarding the current

5 employment status of Dr. Posner at CSP and the status of the summons issued on March

6 31, 2010, at his last known place of employment.  The Attorney General is directed to

7 file a response **no later than fourteen (14) days** from the date this order is filed.

8

9 DATED:        March 4, 2011

10 JAMES WARE
United States District Chief Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order Directing Attorney General to File Response
P:\PRO-SE\SJ.JW\CR.02\Lara05429_re-Posner.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOSE LUIS LARA,

               Plaintiff,

  v.

DR. POSNER,

               Defendant.

_____/

Case Number: CV02-05429 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/4/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jose Luis Lara
1676 Spooner Dr.
San Luis Obispo, CA 93405


Dated: _____3/4/2011_____

                              Richard W. Wieking, Clerk
                         /s/  By: Elizabeth Garcia, Deputy Clerk